UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITES STATES OF AMERICA**<br><br>v.<br><br>**GEORGE FERRO** | No. 1:24-cr-00044-SDN |

**SUGGESTIN OF DEATH**

Officer Zucchi Gian-Luigi of the U.S. Probation Office informed the undersigned counsel on January 31, 2025, that the defendant, George Ferro, is deceased.

Date: February 3, 2025

Respectfully submitted,

DARCIE MCELWEE
United States Attorney

**BY:/s/ ANDREW MCCORMACK**
ANDREW McCORMACK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2025, I electronically filed the Detention Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald F. Brown, Esq.,
don@donbrownlaw.com

                                DARCIE N. MCELWEE
                                United States Attorney

                                /s/ Andrew McCormack
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                202 Harlow Street, Suite 111
                                Bangor, ME 04401
                                (207) 945-0373
                                Andrew.mccormack@usdoj.gov